**Order entered April 6, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00902-CV**

**GRACE SALAKO SMITH, Appellant**

**V.**

**TIFFANY OWENS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-05414-E**

**ORDER**

The clerk's and reporter's records are past due. Before the Court is appellant's March 30, 2022 motion for continuance explaining that she will be out of the country until April 25. We **GRANT** the motion as follows. We **ORDER** appellant to provide, by **May 10, 2022**, written verification that she has paid the fee for both the clerk's and reporter's records. We caution appellant that failure to provide written verification that she has paid the fee for the clerk's record will result in dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P.

37.3(b). Should appellant pay the fee for the clerk's record and fail to provide written verification of payment for the reporter's record, we further caution appellant that we will order the appeal be submitted without the reporter's record. *See id*. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order to John Warren, Dallas County Clerk; Brooke Wagner, Official Court Reporter for County Court at Law No. 5; and, all parties.

/s/    CRAIG SMITH
        JUSTICE